## BARLOW v. STATE OF INDIANA.

[No. 13,586.  Filed April 19, 1929.]

*John T. Walterhouse* and *Thomas V. Miller*, for appellant.

*Arthur L. Gilliom*, Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

PER CURIAM.—On September 21, 1924, the prosecuting attorney filed in the city court of the city of Muncie, an affidavit in five counts. The cause was certified to the Delaware Circuit Court.

After the dismissal of the first, second and fourth counts, the cause was submitted to the jury on the third count, which charged that appellant did unlawfully receive intoxicating liquor from a carrier in this state, and the fifth count which charged that appellant did then and there unlawfully maintain and assist in maintaining a common nuisance.

There was a general verdict of guilty, assessing the punishment at a fine of $100 and imprisonment for thirty days in the county jail.  There was judgment accordingly, from which this appeal.

We have examined the evidence and we are constrained to hold that it is insufficient to sustain a conviction upon either count of the affidavit.

The judgment is therefore reversed.

## HOFFMAN v. STATE OF INDIANA.

[No. 13,607.  Filed April 26, 1929.]

*G. Edwin Johnston, M. P. Hubbard* and *Richard L. Ewbank*, for appellant.

*Arthur L. Gilliom*, Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

ENLOE, C. J.—This is a companion case to the case of *Cummins v. State* (1929), *ante* 256, 166 N. E. 155.  The only question presented in this case, as in that, is the sufficiency of the evidence to sustain the verdict of the jury.  There is less evidence to sustain the verdict in this case than in the Cummins case, which we this day reversed.  In fact, upon oral argument of this case, the counsel for the State conceded the insufficiency of the evidence in this case.  The judgment is reversed, with instructions to sustain the motion for a new trial.